UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICKY B. PERRITT, Individually; § <br> THE CUPCAKERY, LLC, a Texas Limited § <br> Liability Company; BUSTER BAKING, § <br> LLC, a Texas Limited Liability Company; § <br> THE WOODLANDS BAKING, LLC, § <br> a Texas Limited Liability Company; § <br> CUSTOM VERSION CORPORATION, § <br> a Texas Corporation § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PAMELA F. JENKINS, Individually; and § <br> THE CUPCAKERY LLC, a Nevada § <br> Limited Liability Company § <br> § <br> Defendants. § | Civil Action No. 4:11-CV-23 | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE PLAINTIFFS' AMENDED COMPLAINT AND ACCOMPANYING EXHIBITS UNDER SEAL

Before the Court is Plaintiffs' Unopposed Motion to file Plaintiffs' First Amended Complaint and Verified Application for Injunctive Relief and all exhibits attached thereto under seal. After reviewing the Motion, the Court finds that this Motion shall be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs may file Plaintiffs' First Amended Complaint and Verified Application for Injunctive Relief and all exhibits attached thereto under seal.