# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICKY B. PERRITT, Individually; THE CUPCAKERY, LLC, a Texas Limited Liability Company; BUSTER BAKING, LLC, a Texas Limited Liability Company; and THE WOODLANDS BAKING, LLC, a Texas Limited Liability Company, | § § § § § § § | |
| v. | § § | Case No. 4:11-CV-23 Judge Schneider/Judge Mazzant |
| PAMELA F. JENKINS, Individually; and THE CUPCAKERY, LLC, a Nevada Limited Liability Company. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 18, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Pamela F. Jenkins and The Cupcakery, LLC, a Nevada Limited Liability Company's Motion to Transfer Venue to the District of Nevada, Las Vegas Division (Dkt. #24) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Pamela F. Jenkins and The Cupcakery, LLC, a Nevada Limited Liability Company's Motion to Transfer Venue to the District of Nevada, Las Vegas Division (Dkt. #24) is DENIED.

**IT IS SO ORDERED.**

SIGNED this 10th day of August, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE